```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF TENNESSEE
                 WESTERN DIVISION
```

WILLIAM LaPRAD, ET AL.,

    Plaintiffs,

VS.                                             NO. 06-2617-MaV

TENNESSEE CEMETERIES, INC., ET AL.,

    Defendants.

                         ORDER OF TRANSFER

    Before the court are the October 31, 2006, motion to transfer of defendant Community Trust & Investment Co., Inc., and the Report and Recommendation of the Clerk of Court filed on November 15, 2006, recommending that the case be transferred.

    For good cause shown, the above-styled case is hereby transferred to Judge Jon P. McCalla. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from "Ma" to "Ml."

    It is so ORDERED this 3rd day of January, 2007.

                                       s/ Samuel H. Mays, Jr.
                                       UNITED STATES DISTRICT JUDGE

06-2617.Transfer.wpd